Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendants Intermountain Medical Holdings Nevada, Inc. and Intermountain Health Care, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MCDOWELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN MEDICAL HOLDINGS NEVADA, INC., a Delaware corporation; INTERMOUNTAIN HEALTH CARE, INC., a Utah corporation,<br><br>Defendants. | Case No.:  2:26-cv-01234-ART-DJA<br><br>**STIPULATION [AND ~~PROPOSED~~ ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants Intermountain Medical Holdings Nevada, Inc. and Intermountain Health Care, Inc. ("Defendants") and Plaintiff Anthony McDowell ("Plaintiff") hereby request that Defendants be granted an extension of time, up to and including June 5, 2026, to file their response to Plaintiff's Complaint (ECF. No. 1). The present deadline for Defendants to file their response is May 22, 2026. This is the parties' first request for an extension of time for Defendants to file their response.

Defendants respectfully request this extension to provide them with sufficient time to fully research the facts and circumstances underlying this case, and prepare an appropriate response, and is not for purposes of delay. Plaintiff does not object to the continuance. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a two-week extension of time up to

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

and including June 5, 2026 for Defendants to file their response to Plaintiff's Complaint.

IT IS SO STIPULATED

DATED this 13th day of May, 2026.

GREENBERG GROSS LLP

/s/ Jorge Leonardo Padilla
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
Jorge Leonardo Padilla
Nevada Bar No. 16295
1980 Festival Drive, Suite 730
Las Vegas, NV  89135

*Attorneys for Plaintiff*
*Anthony McDowell*

DATED this 13th day of May, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

/s/ Kathryn C. Newman
Suzanne L. Martin
Nevada Bar No. 8833
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendants Intermountain Medical Holdings Nevada Inc. and Intermountain Health Care, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

5/14/2026
_____
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE: 702.369.6800

2