OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

ANTHONY MCDOWELL, an individual,

Plaintiff,

vs.

INTERMOUNTAIN MEDICAL HOLDINGS NEVADA, INC., a Delaware corporation; INTERMOUNTAIN HEALTH CARE, INC., a Utah corporation,

Defendants.

Case No.:  2:26-cv-01234-ART-DJA

**ORDER GRANTING**

**STIPULATION ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT OF THEIR PARTIAL MOTIONS TO DISMISS**

**[FIRST REQUEST]**

Pursuant to Local Rules IA 6-1 and IA 6-2 and LR 7-1, Defendants Intermountain Medical Holdings Nevada, Inc. and Intermountain Health Care, Inc. ("Defendants") and Plaintiff Anthony McDowell ("Plaintiff") hereby request that Defendants be granted an extension of time, up to and including July 2, 2026, to file their Replies In Support of Their Partial Motions to Dismiss (ECF. Nos. 10, 11, 13, 14). The present deadline for Defendants to file their Replies is June 25, 2026. This is the parties' first request for an extension of time for Defendants to file their Replies.

Defendants respectfully request this extension to provide them with sufficient time to fully research the facts and circumstances underlying this case, and prepare an appropriate Reply, and is not for purposes of delay. Plaintiff does not object to the continuance. Good cause exists to extend the Reply deadline. Therefore, the parties respectfully request a one-week extension of time up to

and including July 2, 2026 for Defendants to file their Replies in Support of Their Partial Motions to Dismiss.

IT IS SO STIPULATED

DATED this 23rd day of June, 2026.

DATED this 23rd day of June, 2026.

GREENBERG GROSS LLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

/s/ Jorge Leonardo Padilla

Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Jorge Leonardo Padilla
Nevada Bar No. 16295
1980 Festival Drive, Suite 730
Las Vegas, NV  89135

*Attorneys for Plaintiff
Anthony McDowell*

/s/ Kathryn C. Newman

Suzanne L. Martin
Nevada Bar No. 8833
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendants Intermountain Medical Holdings Nevada Inc. and Intermountain Health Care, Inc.*

**ORDER**

_____

Anne R. Traum
United States District Judge

DATED: June 23, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE: 702.369.6800