Suzanne L. Martin, Esq.
Nevada Bar No. 8833
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
slmartin@littler.com

Attorney for Defendants
INTERMOUNTAIN MEDICAL HOLDINGS
NEVADA, INC. and INTERMOUNTAIN
HEALTH CARE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MCDOWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN MEDICAL HOLDINGS NEVADA, INC., a Delaware corporation; INTERMOUNTAIN HEALTH CARE, INC., a Utah corporation,<br><br>Defendants. | Case No. 2:26-cv-01234-ART-BNW<br><br>**STIPULATION FOR SUBSTITUTION OF ATTORNEYS** |

Pursuant to Local Rule IA 11-6(c), Suzanne L. Martin, Esq. with the law firm of Littler Mendelson, P.C., hereby notifies this Court of the change of representation of Defendants, INTERMOUNTAIN MEDICAL HOLDINGS NEVADA, INC. and INTERMOUNTAIN HEALTH CARE, INC., for the above-captioned matter and hereby makes an appearance on its behalf. The law firm of Littler Mendelson, P.C. hereby substitutes in the place and stead of Ogletree Deakins as attorneys of record for Plaintiff.

/ / /

/ / /

/ / /

/ / /

In filing this notice, Defendants' current law firm of record, Ogletree Deakins, and Defendants' new law firm of record, Littler Mendelson, P.C., hereby consent to the aforementioned change of counsel in the above-entitled action.

Dated: September 8, 2026

/s/ ***Kathryn Newman, Esq.***
Kathryn Newman, Esq.
OGLETREE DEAKINS

Defendant, INTERMOUNTAIN MEDICAL HOLDINGS NEVADA, INC. hereby consents to the law firm of Littler Mendelson, P.C. as its attorney of record in the above-entitled action in the place and stead of Ogletree Deakins.

Dated: September 8, 2026

/s/ ***Christopher Glauser***
Christopher Glauser, AVP Assoc. Chief Legal Officer - Employment

I hereby consent to the above substitution.

Defendant, INTERMOUNTAIN HEALTH CARE, INC. hereby consents to the law firm of Littler Mendelson, P.C. as its attorney of record in the above-entitled action in the place and stead of Ogletree Deakins.

Dated: September 8, 2026

/s/ ***Christopher Glauser***
Christopher Glauser, AVP Assoc. Chief Legal Officer - Employment

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

I hereby consent to the above substitution.

Dated: September 8, 2026

LITTLER MENDELSON, P.C.

*/s/ Suzanne L. Martin, Esq.*

Suzanne L. Martin, Esq.

Attorney for Defendants
INTERMOUNTAIN MEDICAL HOLDINGS
NEVALITTLER MENDELSON, P.C.DA,
INC. and INTERMOUNTAIN HEALTH
CARE, INC.

**ORDER**

Having reviewed and approved the Stipulation for Substitution of Attorneys, IT IS HEREBY GRANTED.

Dated: September 9, 2026

UNITED STATES MAGISTRATE JUDGE

4910-0224-8141.1 / 135362.1001

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800